| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>LISA C PITERA PASTERNAK,<br><br><br>            Debtor | Case No.:  10-32837 RG |

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $5,016.00, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    HSBC MORTGAGE CORPORATION USA
                         2929 WALDEN AVE
                         ATTN: BANKRUPTCY CASH
                         DEPEW, NY  14043

Amount:                  $5,016.00

Trustee Claim Number:    2

Court Claim Number:      1

Reason:                   Not Cashing


                                            By:   /S/  Marie-Ann Greenberg
Dated:  May 25, 2011                              MARIE-ANN GREENBERG
                                                  CHAPTER 13 STANDING TRUSTEE